### MAINE PRODUCTS CO. v. NATIONAL GUM & MICA CO.

(Supreme Court, Appellate Division, First Department. November 23, 1906.)

Appeal from Special Term, New York County.

Action by the Maine Products Company against the National Gum & Mica Company. From an order adjudging defendant guilty of contempt for violating an injunctional order, it appeals. Reversed.

Argued before INGRAHAM, McLAUGHLIN, CLARKE, and HOUGHTON, JJ.

Jerome H. Buck, for appellant.

Lewis H. Freedman, for respondent.

McLAUGHLIN, J. This appeal is from an order adjudging the defendant guilty of contempt and permitting it to purge itself thereof by causing an action which it had, with one Alexander, instituted in Connecticut to be discontinued, without costs, within 10 days, and by payment to the plaintiff of $287.10 for its reasonable expenses for services of counsel retained in its behalf and for its expenses on the motion to punish for contempt.

This appeal was argued with the appeal in Maine Products Company v. Alexander (decided herewith) 101 N. Y. Supp. 464. The facts are similar, and for the reasons assigned in the opinion in that case the order here appealed from must be reversed, with $10 costs and disbursements, and the motion to adjudge guilty of contempt denied, with $10 costs. All concur.